IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| THOMAS SAMES, M.D., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:17-CV-162-D |
| | § | |
| AMARILLO II ENTERPRISES, LLC, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

After making an independent review of the pleadings, files, and records in this case, and the July 2, 2018 findings, conclusions, and recommendation of the magistrate judge, the court concludes the magistrate judge's findings and conclusions are correct. The recommendation of the magistrate judge is adopted, and the motion to compel arbitration is granted. This case is stayed pending arbitration, and all pending deadlines are terminated.

To reduce the burdens on the court and the parties of maintaining this as a pending case while arbitration is completed, the court directs the clerk of court to close this case for statistical purposes. Any party move may the court to reopen the case statistically after arbitration is completed, or, for cause, at any time.

**SO ORDERED**.

July 26, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE